SILVER VALLEY MINING CO. v. THE BALTIMORE MINING CO.

FROM DAVIDSON SUPERIOR COURT.

SMITH, C. J.   This appeal has been retained for several terms under an *adversari*, while the subject matter has been fully considered in the opinion heretofore delivered in the decision of the defendant's appeal.   *Silver Valley Co.* v. *Baltimore Co.*, 99 N. C., 445.   After due consideration, and in view of what is there said, our conclusion is that no error is disclosed in the ruling from which the present appeal is taken, and therefore we affirm the judgment.

Affirmed.

BROWN v. BROWN.

FROM JACKSON.

The judgment of the Court below—in favor of the defendant—was affirmed.

A petition to rehear having been filed, the opinion delivered at this term will appear with that which will be made on the final disposition of the cause.